**DENISON BANK & TRUST CO. v. PEOPLE'S GUARANTY STATE BANK OF TYLER et al. (No. 2163.)**

(Court of Civil Appeals of Texas. Texarkana. Nov. 20, 1919. Rehearing Denied Dec. 4, 1919.)

Appeal from Smith County Court; W. R. Castle, Judge.

Suit by the Moore Grocery Company against Henderson & Rhoades, a partnership commonly known as the Aubrey Milling Company, defendant, and the People's Guaranty State Bank of Tyler, garnishee, to which the Denison Bank & Trust Company was made a party defendant. From judgment rendered the Denison Bank & Trust Company appeals. Reversed and rendered for garnishee.

J. A. Bulloch, of Tyler, and Jno. T. Suggs, of Denison, for appellant.

Price & Beaird, of Tyler, for appellees.

LEVY, J. This appeal is from a garnishment proceeding in the county court. The case of

Denison Bank & Trust Co. v. People's Guaranty State Bank of Tyler, Tex., et al., No. 2164, 218 S. W. 561, this day decided by this court, is a companion case on appeal. The statement of the case there is sufficiently given, and is here adopted. The decision in the above case governs this appeal.

The judgment is reversed and here rendered for the garnishee.